UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AUGUSTO TORRES and JOSE GARCIA,

                Plaintiffs,

against

2305 SECOND CORP., et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 7690 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Because neither the Court nor Defendants have been able to contact Plaintiff Jose Garcia, and he failed to respond to the Order to Show Cause entered at ECF No. 65, the Defendants are directed to move to dismiss the action.

The Clerk of Court is respectfully requested to mail a copy of this order to Plaintiff Jose Garcia at the below address.

Dated:     New York, New York
            December 11, 2019

                                          SO ORDERED

                                          _____
                                          SARAH L. CAVE
                                          United States Magistrate Judge

Mail to:    Jose Garcia
             C/O Center for Urban Community Services
             198 E. 121 St., 5th Fl., New York, NY 10035